**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1286

GERALDINE M. JONES,

Plaintiff - Appellant,

v.

FOOD EMPLOYERS LABOR RELATIONS ASSOCIATION AND UNITED FOOD
AND COMMERCIAL WORKERS PENSION FUND PLAN,

Defendant – Appellee,

and

KAREN STAFFORD,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge. (8:12-
cv-00891-PWG)

Submitted:  December 22, 2014          Decided:  January 7, 2015

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Geraldine M. Jones, Appellant Pro Se.  Laura O. Aradi, Sharon
McNeilly Goodman, Barry Steven Slevin, SLEVIN & HART, PC,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geraldine M. Jones appeals the district court's orders dismissing all but one of her claims in her civil complaint and granting summary judgment to Appellee on her remaining claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. Jones v. Food Emp'rs Labor Relations Ass'n & United Food & Commercial Workers Pension Fund Plan, No. 8:12-cv-00891-PWG (D. Md. Nov. 21, 2012 & Feb 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We previously remanded this case to the district court for the limited purpose of determining whether Jones was entitled to have her time to file an appeal reopened under Rule 4(a)(6) of the Federal Rules of Appellate Procedure. The district court determined that Jones was entitled to a reopening of the appeal period and an extension of the appeal period under Rule 4(a)(5). Accordingly, we deny Appellee's motion to dismiss the appeal as untimely.